PROB 12AS2
(11/03)

# UNITED STATES DISTRICT COURT

for

Eastern District of Missouri

FILED
JUN 2 4 2010
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## Report on Offender Under Supervision
## Early Discharge Recommendation

Name of Offender: David Brian Scott          Case Number: 4:09CR00428 HEA

Name of Sentencing Judicial Officer: The Honorable Jeanne E. Scott, United States District Judge for the Central District of Illinois.  On June 7, 2009, jurisdiction transferred to the Eastern District of Missouri and case assigned to the Honorable Henry E. Autrey, United States District Judge

Date of Original Sentence: August 11, 2000

Original Offense: Count One:  Attempt to Possess Marijuana with Intent to Distribute It
                 Count Three:  Carrying a Firearm During and in Relation to a Drug Trafficking Offense

Original Sentence: 51 months custody on Count One, 60 months custody on Count Three, consecutive,  36 months supervised release on both counts, concurrent

Type of Supervision: Supervised Release          Date Supervision Commenced: April 9, 2008
                                                 Expiration Date: April 8, 2011

## SUPERVISION SUMMARY

This report is in response to David Scott's request submitted to the Court for an early discharge from supervision.

Scott's adjustment to supervision has been good.  He has reported as instructed and has been cooperative with his contacts with the probation office.  In general, he has submitted his monthly reports on time, and provided all requested documentation.  Scott entered Dismas House on October 1, 2007 to complete the sentence imposed by the Court.  While at Dismas House, Scott participated in the Community Corrections Center Demonstration Project, wherein he was under the supervision of this probation office prior to the commencement of supervised release.  He was discharged without incident on April 9, 2008, at which time supervised release commenced.

On October 15, 2007, Scott obtained employment through Auto King.  On April 11, 2008, Scott switched employers and began working for Community Wholesale Tire.  To date, Scott is still employed by this employer as a Warehouse Manager.

On January 9, 2010, Scott attended the Project Home Orientation.  On February 23, 2010, Scott completed the Money Smart Program.  Scott hopes to continue to build his credit score and eventually purchase his own home.

Report on Offender
Under Supervision

Page 2

RE:  David Brian Scott
     4:09CR00428 HEA

During Scott's term of supervised release, he has incurred no violations and has refrained from negative contact with law enforcement.

Assistant U.S. Attorney Timothy Bass of the Central District of Illinois has been contacted regarding this matter and is not in agreement with the U.S. Probation Officer's request for early termination.

## RECOMMENDATION:

Scott has maintained employment at the same position for the last two years. Additionally, he has paid all of his Court ordered restitution in full. Throughout Scott's term of supervised release, he has incurred no violations. It is recommended that Scott receive an early discharge from supervised release.

Respectfully submitted,

by  Jennifer C. Siwiecki                June 23, 2010
    Jennifer C. Siwiecki                Date
    U.S. Probation Officer

Approved by:

_____
Thomas A. Caruso    Date 6/23/10
Supervising U.S. Probation Officer

## THE COURT ORDERS

X   Discharge from probation/supervised release

___ Other

_____
SIGNATURE OF JUDICIAL OFFICER

6.24.010
DATE

I:\JCS\12As\Early Discharge\Scott, David Brian #26039 Prob12AS2.wpd